

FILED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8236

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Victor ROMAN,<br><br>  Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about March 15, 2008, within the Southern District of California, defendant Victor ROMAN did knowingly and intentionally import approximately 8.4 kilograms (18.48 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Rudy Garcia, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 17th DAY OF March 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Rudy S. Garcia, Jr., declare under penalty of perjury, the following is true and correct:

On March 15, 2008, Victor ROMAN entered the United States through the Calexico, California West Port of Entry. ROMAN was the driver and sole occupant of a 1999 Oldsmobile Alero sedan bearing State of California temporary operating permit (VIN# 1G3NB52J7X6337873). U.S. Customs and Border Protection Officers discovered fifteen (15) packages concealed in the gas tank of the vehicle. One package was probed and tested positive for marijuana. A total of 8.4 kilograms (18.48 pounds) of marijuana was found.

ROMAN was arrested in violation of Title 21 United States Code (USC) 952 and 960, Importation of a Controlled Substance. ROMAN acknowledged and waived his Miranda Rights and admitted knowledge of smuggling marijuana. ROMAN said he was going to be paid one thousand, three hundred dollars ($1,300.00) to cross the vehicle and deliver it to a nearby gas station in Calexico, California. ROMAN was processed and booked into the Imperial County Jail to await his initial appearance before a U.S. Magistrate Judge.

Executed on  Calexico, California (date) at  1:55 pm time)

SPECIAL AGENT

One the basis of the facts presented in the probable cause statement consisting of  1  page, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on  March 15, 2008  in violation of Title  21 , United States Code, Section(s)  952 and 960 .

United States Magistrate Judge

3/15/08   2:20 p.m.
Date/Time