FILED
APR 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1135-BEN |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |
| VICTOR ROMAN, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about March 15, 2008, within the Southern District of California, defendant VICTOR ROMAN, did knowingly and intentionally import approximately 8.4 kilograms (18.48 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 10, 2008 .

KAREN P. HEWITT
United States Attorney

*[signature]*

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:Imperial
4/10/08